83,739-01

Attn: Clerk                                        10·16·15
Mr. Abel Acosta

God bless you today Sir.

I am writing in reguards to the Status of my appeal and writ of mandamus also of the Court of Criminal Appeals order that was filed September, 9, 2015 ... CCA NO. WR-83,739-01, Trial Court case NO. 114-0252-13.

Mr. Acosta i also would like to know if i need to do anything else further in this matter?

If you would be so kind to address these concerns I would greatly appreciate it Sir.

Thank you For your time and effort in this matter.

Respectfully

Craig Sawyer #1882550

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

Michael Unit
TDC #1882550
Tenn. Colony, Tx 75 886